RICHARD L. WHALEN et al., Respondents, *v.* ALVAH G. STRONG et al., Appellants, Impleaded with Another.

Argued June 8, 1937; decided July 13, 1937.

*T. Carl Nixon, E. W. Middleton, Raymond Bentley* and *Arthur L. Stern* for Alvah G. Strong et al., appellants.

*Kenneth B. Keating* and *Henry L. Crittenden* for Robert Reilly, appellant.

518

*John J. Reilly* for Asa D. McBride, appellant.

*Jacob L. Rubenstein* and *Samuel Levy* for respondents.

Judgment affirmed, with costs; no opinion. (See 275 N. Y. 541.)

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.